IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS ALLEN PORTER,

    Petitioner                      No. CIV S-05-2183 DFL KJM P

    vs.

D.G. ADAMS, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se. On October 31, 2005, petitioner filed a document purporting to be an application for writ of habeas corpus. In the document, petitioner does not challenge the fact that he is in custody. Instead, petitioner challenges the manner in which a prisoner grievance was processed. An action for writ of habeas corpus may be brought only by a prisoner complaining he is in custody in violation of federal law. 28 U.S.C. § 2254(a).

        Good cause appearing, petitioner's habeas application will be dismissed. The court will order the Clerk of the Court to send petitioner a blank application for writ of habeas corpus and a form-complaint for violations of civil rights alleged by prisoners under 42 U.S.C. § 1983. If petitioner seeks earlier release from custody, he should submit an application for writ of habeas corpus. If petitioner believes some condition of his being confined has resulted in a

1

violation of federal law, petitioner should submit a § 1983 complaint.[1] If petitioner fails to submit a proper application for writ of habeas corpus or a § 1983 complaint within thirty days the court will recommend that this action be dismissed without prejudice.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application for writ of habeas corpus is dismissed;

2. The Clerk of the Court shall send petitioner a form-application for writ of habeas corpus under 28 U.S.C. § 2254 and a form-complaint for violations of civil rights alleged by prisoners under 42 U.S.C. § 1983; and

3. Within thirty days, petitioner shall complete and submit either the form-habeas application or the form-§ 1983 complaint.  Petitioner's failure to submit a proper habeas application or § 1983 complaint within thirty days will result in a recommendation that this action be dismissed without prejudice.

DATED: November 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] port2183.109

---

[1] Petitioner is cautioned that if he elects to proceed with a § 1983 action, he will be charged the $250.00 filing fee for such an action; even if he qualifies for in forma pauperis status, the fee will be collected in installments.