IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS ALLEN PORTER,

      Petitioner,               No. CIV S-05-2183 DFL KJM P

     vs.

D.G. ADAMS, et al.,

      Respondents.         ORDER

_____/

      Petitioner, a California prisoner proceeding pro se, has filed an amended petition for writ of habeas corpus under 28 U.S.C. § 2254. A review of petitioner's amended petition reveals that petitioner intended to raise twelve grounds for relief. However, in the amended petition, only one ground is raised. Am. Pet. at 15-17. Therefore, IT IS HEREBY ORDERED that:

      1. Petitioner's amended application for writ of habeas corpus is dismissed with leave to amend within thirty days;

      2. Any amended petition must bear the case number assigned to this action and the title "Amended Petition"; and

/////

/////

3. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

DATED: 10/19/06

_____
UNITED STATES MAGISTRATE JUDGE

1
port2183.wha