1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THOMAS ALLEN PORTER,

11          Petitioner,                    No. CIV S-05-2183 DFL KJM P

12       vs.

13   D.G. ADAMS, et al.,

14          Respondents.              FINDINGS & RECOMMENDATIONS

15   _____/

16          By order filed October 19, 2006, petitioner's habeas application was dismissed

17   and thirty days leave to file an amended application was granted.  The thirty day period has now

18   expired, and petitioner has not filed an amended application or otherwise responded to the

19   court's order.

20          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

22          These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24   days after being served with these findings and recommendations, petitioner may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED:  January 19, 2007.

4  _____
   U.S. MAGISTRATE JUDGE

5

6  /mp
   port2183.ftahab

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26